# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

KARL MCQUEEN

Defendant.

Case Number  1:12-CR-00508-001(NLH)

## AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, KARL MCQUEEN, was represented by Lori Koch, AFPD.

The defendant pled Guilty to Count One of the INFORMATION on 8/01/2012. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
| --- | --- | --- | --- |
| 18 U.S.C.§§ 1791(a)(2) and (b)(3) | Possession of a Prohibited Item in Prison (Marijuana) | 10/24/2011 | 1 |

As pronounced on 1/24/2013, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for Count One, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 5 day of February, 2013.

NOEL L. HILLMAN
United States District Judge

Judgment – Page 2 of 2

Defendant:     KARL MCQUEEN
Case Number:   1:112-CR-00508-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 Months. The term of imprisonment imposed by this judgment shall run consecutively to the defendant's imprisonment under any previous state or federal sentence.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____, with a certified copy of this Judgment.

At _____

United States Marshal

By _____
Deputy Marshal